Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508

Peter J. Brann (*pro hac vice*) (ME 2466)
pbrann@brannlaw.com
Eamonn R.C. Hart (*pro hac vice*) (ME 5936)
ehart@brannlaw.com
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME 04243-3070
Tel: 207.786.3566

*Attorneys for Defendant*
JP Boden Services Inc.

witkow | baskin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP BODEN SERVICES INC., a Delaware corporation d/b/a BODENUSA.COM,<br><br>Defendant. | Case No. 23-cv-00534-L-WVG<br><br>**Defendant's Notice of Motion to Dismiss and Motion to Compel Arbitration**<br><br>Hearing Date: June 19, 2023<br>Time: 10:30 am<br>Judge: Hon. M. James Lorenz<br><br>No Oral Argument Under Local Rule |

**To All Parties and All Counsel of Record:**

Please take notice that, on June 19, 2023, at 10:30 am, or as soon thereafter as counsel may be heard, in Courtroom 5B (5th Floor) in Chambers Suite 5195, of the United States District Courthouse in the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendant JP Boden Services Inc. will move this Court for an order dismissing this action under Fed. R. Civ. P. 12(b)(1), or,

in the alternative, for an order compelling arbitration of the claims brought in this action and staying or dismissing this action.

This motion is based on the grounds that Plaintiff Rebekah Rodriguez lacks standing to bring this case in federal court, and, in the alternative, that Plaintiff is bound by a valid and enforceable agreement to arbitrate the claim asserted in Plaintiff's Complaint. Defendant's motion is based on this Notice, the Memorandum of Points and Authorities in Support, the Suzanne Foley Declaration, the documents lodged in conjunction with this motion, all other pleadings and papers on file or of which judicial notice may be taken at the time this Motion is heard, and any evidence subsequently submitted in conjunction with this motion.

Dated: May 22, 2023

Respectfully submitted,

Brann & Isaacson

By: /s/Peter J. Brann
Peter J. Brann

Attorneys for Defendant
JP Boden Services Inc.

witkow | baskin