UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

REBEKAH RODRIGUEZ, et al.,
Plaintiffs
v.
JP BODEN SERVICES INC.,
Defendants.

Case No.: 23cv0534-L (WVG)

**ORDER DENYING AS MOOT MOTION TO DISMISS [ECF NO. 12.]**

Pending before the Court is Defendant JP Boden Services, Inc.'s motion to dismiss the original complaint. [ECF No. 12.] On May 25, 2023, Plaintiffs filed a first amended complaint *in lieu* of opposing the pending motion to dismiss. Accordingly, Defendant's motion to dismiss the original complaint is DENIED as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: May 30, 2023

Hon. M. James Lorenz
United States District Judge