# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rebekah Rodriguez, individually and on behalf of all others similarly situated

**Plaintiff,**

**V.**

JP Boden Services Inc., a Delaware corporation doing business as Bodenusa.com

**Defendant.**

FILED

06/12/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: , Deputy

**Civil No.** 23cv0534-L-WVG

**STRICKEN DOCUMENT:**

RESPONSE in Opposition
re 12 MOTION to Dismiss

**Per Order # 29**

**23**