Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508

Peter J. Brann (*pro hac vice*) (ME 2466)
pbrann@brannlaw.com
Eamonn R.C. Hart (*pro hac vice*) (ME 5936)
ehart@brannlaw.com
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME 04243-3070
Tel: 207.786.3566

*Attorneys for Defendant*
JP Boden Services Inc.

witkow | baskin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP BODEN SERVICES INC., a Delaware corporation d/b/a BODENUSA.COM,<br><br>Defendant. | Case No. 23-cv-00534-L-WVG<br><br>**Defendant's Reply Memorandum of Points and Authorities Concerning its Motion to Strike**<br><br>Hearing Date: July 10, 2023<br>Time: 10:30 am<br>Judge: Hon. M. James Lorenz<br><br>No Oral Argument Under Local Rule |

Defendant JP Boden Services Inc. (Boden) filed its first motion to strike (ECF 19) concerning Plaintiff's first opposition to Boden's motion to compel arbitration, ECF 18, which was based on Plaintiff's original Complaint, ECF 1. Boden had argued that its first motion to compel arbitration was mooted by Plaintiff's filing of the First Amended Complaint (FAC), ECF 14.

Yesterday, Plaintiff Rebekah Rodriguez filed her second opposition to Boden's renewed motion to compel arbitration, ECF 23. For different reasons, Boden has filed a motion to strike that opposition, ECF 25. For present purpose, however, the operative complaint is the First Amended Complaint, the operative motion is Boden's motion directed toward the FAC, ECF 15, and the operative opposition is Plaintiff's opposition to that motion, ECF 21, 23. Thus, Boden's first motion to strike relating to Plaintiff's original opposition is moot.

Boden respectfully requests that the Court find Boden's first motion to strike (ECF 19) Plaintiff's first opposition to the motion to compel arbitration (ECF 18) be found to be moot.

Dated: June 13, 2023

Respectfully submitted,

Brann & Isaacson

By: /s/Peter J. Brann
Peter J. Brann

Attorneys for Defendant
JP Boden Services Inc.



witkow | baskin