# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: 23-cv-0534-L-WVG | |
| TITLE: Rodriguez v. JP Boden Services | |
| E-FILED DATE: 6/21/2023 | DOCUMENT NOS.: 21, 23 |
| DOCUMENT TITLE: Responses in Opposition | |
| DOCUMENTS FILED BY: Plaintiff Rodriguez | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civ. Local Rule 7.1.h- Briefs or memoranda in support of or in opposition to all motions noticed for the same motion day must not exceed a total of twenty-five (25) pages in length, per party, for all such motions without leave of the judge who will hear the motion.

Plaintiff may file one omnibus Response in Opposition to Defendant's combined Motion to Dismiss and Motion to Strike [ECF No. 15] noticed for June 26, 2023, not to exceed 25 pages in length without leave of Court.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. |
| ☒ | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

June 21, 2023

Law Clerk

Chambers of the Honorable
M. James Lorenz