Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508

Peter J. Brann (*pro hac vice*) (ME 2466)
pbrann@brannlaw.com
Eamonn R.C. Hart (*pro hac vice*) (ME 5936)
ehart@brannlaw.com
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME 04243-3070
Tel: 207.786.3566

*Attorneys for Defendant*
JP Boden Services Inc.

witkow | baskin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarl situated,<br><br>Plaintiff,<br><br>v.<br><br>JP BODEN SERVICES INC., a Delaware corporation d/b/a BODENUSA.COM,<br><br>Defendant. | Case No. 23-cv-00534-L-WVG<br><br>**Defendant's Notice of Supplemental Authority In Support of Motion to Dismiss and Motion to Compel Arbitration**<br><br>Hearing Date: June 26, 2023<br>Time: 10:30 am<br>Judge: Hon. M. James Lorenz<br><br>No Oral Argument Under Local Rule |

witkow | baskin

# NOTICE OF SUPPLEMENTAL AUTHORITY

Numerous courts have recently addressed different aspects of the VPPA in conjunction with granting motions to dismiss. Defendant J.P. Boden Services Inc. ("Boden") directs the Court to the following cases, copies of which have been attached to this Notice as Exhibits. Boden believes these represent the most pertinent recent decisions addressing issues relevant to the pending motion.

*Cantu v. Tapestry, Inc.*, 2023 WL 6451109 (S.D. Cal. Oct. 3, 2023), attached as **Exhibit A**.

*Markels v. AARP*, 2023 WL 6411720 (N.D. Cal. Aug. 29, 2023), attached as **Exhibit B**.

*Golden v. NBC Universal Media, LLC*, (S.D.N.Y. Aug. 23, 2023), attached as **Exhibit C**.

*Tawam v. Feld Entertainment Inc.*, 2023 WL 5599007 (S.D. Cal. July 28, 2023), attached as **Exhibit D**.

Dated: October 6, 2023

Respectfully submitted,

Brann & Isaacson

By: <u>/s/Eamonn Hart</u>
Eamonn Hart

Attorneys for Defendant
JP Boden Services Inc.