

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebekah Rodriguez, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>JP Boden Services Inc., a Delaware corporation, d/b/a/ Bodenusa.com<br><br>**Defendant.** | Civil Action No.   23-cv-0534-L-VET<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is GRANTED and the claim is dismissed without prejudice. Defendant's motion to compel arbitration is denied as moot.

| | |
|---|---|
| **Date:**   7/3/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  D. Martinez<br><br>                              D. Martinez, Deputy |